**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

David Gibson 15A2714

Plaintiff(s),

v.

PATRICK Reurdon EtciAl

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

**Case No.** 9:22-CV-00723 BKN/CFH
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☐ Yes
☑ No

U.S. DISTRICT COURT - N.L. OF N.Y.
F I L E D

OCT 1 9 2022

AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore **not** contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

I.    **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

## II.    PLAINTIFF(S) INFORMATION

Name: _David Gibson_

Prisoner ID #: _15A2714_

Place of detention: _Marcy C.F._

Address: _Box 3600  Marcy, NY  13403-3600_

Indicate your confinement status when the alleged wrongdoing occurred:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III.    DEFENDANT(S) INFORMATION

Defendant No. 1:    _PATRICK Reardon_
Name (Last, First)

_Superintendent_
Job Title

_Marcy C.F.  Box 3600_
Work Address

_Marcy_                    _NY_            _13403-3600_
City                    State            Zip Code

Defendant No. 2:    _Deputy of security Snyder_
Name (Last, First)

_Deputy of security_
Job Title

Marcy C.f. Box 3600
Work Address

Marcy          NY          13403 -3600
City           State       Zip Code

Defendant No. 3:    Plant Superintendent Wiggins AKA John Kumar
                    Name (Last, First)

                    Plant Superintendent
                    Job Title

                    Marcy C.f. Box 3600
                    Work Address

                    Marcy          NY          13403- 3600
                    City           State       Zip Code

Defendant No. 4:    Captain Keirpezk
                    Name (Last, First)

                    Captain
                    Job Title

                    Marcy C.f. Box 3600
                    Work Address

                    Marcy          NY          13403 -3600
                    City           State       Zip Code

If there are additional defendants, the information requested in this section must
be provided for each person; additional sheets of paper may be used and
attached to this complaint.

## IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the
events in the order they happened. Your statement of facts should include the
following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the
  specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

P. Reardon I N Hernandez v. Keane 2nd Cir to find a defendant Guilty of Training Subordinates, Negligence of Hiring A defendant Has to be Aware of the unconstitutional act and. In Discovery Plantiff would like to Present, How Many Grievances, lawsuites, and complaints. Due The Marcy C.f. Defendant Have for Excessive Force, Falsfying Reports, And Cameras Not Working When Needed. If the Electricion in writing the Cameras (whom Not A defendant) in Marcy RMHU. A Federal Funded Program for Mentally Ill ILI$^2$ The Contract would STATE A Time Frame, Due to Covid There Could Been a Delay But there are Alternatives. Such As body Cameras To Prevent A Clear Pattern of Degrading treatment, Clear Patterns of Deliberate Indifferene of Gaurds Pattern of Abuse Multiple Assaults, Multiple Excessive Force On Emraction, Multiple Food Tampering Complaints, Multiple Illigal Deprivations, Multiple Mail Tampering, Multiple Falsfying Document. By Knowing of A unconstitutional act is occuring or would in Future

## V.   STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

5
Attached

Defendant No. 5 Foil Officer J. Bell  Foil officer
Marcy C.f. Box 3600 Marcy, NY 13403-3600

Defendant No. 6 SRGNT Carpenter Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 7 SRGNT. Ziar Marcy C.f. Box 3600 Marcy New York

Defendant No. 8 SRGNT. Keeney Marcy C.f. Box 3600 Marcy, New York 13403

Defendant No. 9 C.o. Amanda Joe Mayne Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 10 C.o. Rugari Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 11 C.o. R. Giordani Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 12 C.o. Jimmy WATERS Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 13 C.o. Robert Kessler Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 14 C.o. Roberts Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 15 C.o. M. lomonica Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 16 C.o. A. Birzilla Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 17 C.o. James Chaplain Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 18 C.o. Herti Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 19 C.o. A. Browinski Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 20 C.o. M. Vitale Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 21 C.o. Metilius Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 22 C.o. Anderes Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 23 RN. Sharon Darrocco Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 24 C.o. CORNelli Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 25 SRGNT C. Bennett Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 26 C.o. Westly Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 27 SRGNT Klechi Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 28. C.o. Aftanero Marcy C.f. Box 3600 Marcy, NY 13403

Defendant No. 29. M. Jane Marcy C.f. Box 3600 Marcy, NY 13403

 6

In one of Several ways, Including when that individual 1)
has difectly Participated in the challenged Conduct. C on 5-5-22
The incident occured "Plantiff Filed a GArievance that was Alleged
to Not Have Been Recived mtill 6-1-22". TApe 22-1153
Review date 5-6-22 by Supt Reardon, It is department
Policy that the superintendent Review. All Use's of Force
ESpecially one's that Are on Video And Audio. look
At Exhibit 27 on Incident date B Time 05/05/2022 5
It Would be Not in D.O.C.C.S Policy or Very unProffessional
that Defendant Reardon wouldn't look At Video, OR Phone outside
charges in Marcy RMHU, when Plantiff family Called and Called
OOI, 05/06/2022 Defendant Reardon, Captain Heirpeck
Seen Plantiff 05/06/2022 and the day Plantiff Started his
Hearing, There Is A Case that APROX 5 year or 3, Acting
Superintendent Reardon, Deputy Superintendent Brian Hilton, and
(SRGNT Heirpeck Alleged to WATCH OR Condone STAFF Beat
And Punch A Cuffed Inmate When Defendant Reardon Refuse
to make His self "Aware Because You A Suprior" ARe Not
Aware of the Violation You Cant be Responsible" Plese Hear
22-1153 Audio and When, If the Defendant Would Releave
⬤ Hearing tape Video technichun Never states Why
the other video was available or did Captain Heirpeck
Allow Plantiff witness Video technichun OR did He allow
Plant Superintendent Bess V. Jackson(2d cir 1986) The Tangible
Connection Please See that the only People who Have 24/7
Access to the video System to Red Flag Save OR Edit
delete Is The Marcy Administration And Albany Brian Hilton

 7

C.N.d Marcy Corf. Administration (1) Superintendent Reardon (2)
~~Correction Depu~~ Deputy of Security Snyder, (3) Captain Keirpeck
(4) Foil officer Bell Bea ~~Hea~~ For Not only did 7 Defendant PATRICK
Reardon directly Participate in the challagens Conduct. He also
failed to Remedy/Correct the 8th Amendment violation By
Defendants in Excessive force, Plantiff Reached out threw Certified mail
Return Recipt 7021090000189321277 (whom Not A defendant) I.b. lucy
lany Plantiff letter was Recive 5-18-22. Almost 2 weeks After
incident threw chan of commune I.b. lucy lany Is to Notify Defendant
Reardon that A I/I Is writing About A Assault that is own Video
that P. Reardon Has access too on 5-18-22 Plantiff letter to
Cheif District Judge Glenn T. Suddby # 7021095000189321079
Were again Plantiff Sent A copy of A Foil Request Complaing
of Being Assualted by Guards Asking for Help and Explaint
it Is A Video'. on 5-31-22 Plantiff sent A copy to Governor
Kathleen Hochul Certified Mail Return Recipt 7021095
0000189321284 More again He says and Complains of
Not Getting Foil Request, Not Having gArievance
Responded to Being Assualted on video & Audio and Defendant
Covering up the Excessive force & Plantiff Send Governor
A letter Clyming Defendant Foil officer Bell Not timley
Responding, to Foil Request But for P. Reardon Not
Remedy the violation But for Captain Keirpeck Speak
to Plantiff Family Hear tape 22-1153 Whom tells
~~Plantiff~~ ~~G~~ Defendant Keirpeck of Excessive force by
Defendants WATERS, Giordanio, C.o. A. Browinski, Roberts
Kessler, Lomonica, And Chaplain And Tells defendant about video.



Now under Bass v. Jackson 790 F. 2d 260,
263 (2d Cir 1986 quoting There Must Be a tangible
Connection between the Constitutional Violation Now Plantiff
started Hearing on 5-9-22 4 day's After incident Plantiff
tell's Defendant Keirpeck He want's All Video Footage
Defendant Video Technichan Jane Doe Pererver A
Portnn(Please Hear tape 22-1153 She says the Video
was Pererves in A Part And the Rest was Not
Defendant Keirpeck deny Plantiff's witness on Why
She didn't say Audio only And Could the Cone be
Fixed or de-Coded) imeditely Defendants Are Attempting
to Cover up the Assault Now 5-06-22 Defendant
P. Reardon OR Superintendent's Assistant John or Jane
Doe Review the excessive Force Video (2) After learning of
the violation Throw Report of Appeal has failed to Remedy
the Wrong (5) Failed to act on Information indicating
that unconstitutional acts Were occuring Iqbal v. Hasty
490 F.3d 143, 152-53 (2d Cir 2007) rev'd on
Other grounds, Sub Dom Ashcroft v. Iqbal 554 U.S
902, 128 S. Ct 2931, 171 LEd at 501; williams
v. Smith 781 F.2d 319, 323-24 (2d Cir. 1986)
It Is common that the Defendant Reardons Assistant Review
Video (In U.I. Report It say was incident Recurses Yes
was View Noo) Affter Review Use of force If She
Defendant If Defendant Superintendent Assistant Jane OR John
Doe Review A Excessive force The Defendant Reardon Is to
Contact Outside law Enforcement The D.O.C.C.S Chain of Command




I8 Superintendent Reynon, Deputy of Security Snyder Captain Keirpeck Defendant Keirpeck Is Head of Security for RMHU The Moment the Audio/Tape Started He Started Covering And Violating N.Y.S.D.O.C.C.S Part 254.1 Hearing officer (b) James chaplain was sent to due my Assistance And was in my USE of force (d) Defendant Keirpeck Came And Seen me before my Hearing Started And Had investigated the incident Hear Tape 22-1153 "He was dueing A Favor for my Mother" (whom He lied (Too Violating my 14th Amendment I Could Not Properly defend my Case was Not a Fair Trial the video Cone was a Security Code that Could be DE-Coded Denial of the video Technichan witness war Not Redundant If She Stated In Her Memorandum The video was Peserved Not Just Audio He Refuses my witness To Attempt to Cover up the Assult If there was A Alleged Un-Hygeniz Act why did You Not Press outsid Charger or If It was A video why didn't The Superintendent Review the Camrea Pleaor listen to tape/Flash drive. Access To Courts Claim From May 19, 2022 To June 19, 2022 Plantiff Had to Amend 9:22-CV-0527 GTS-ATB And Defenaynt Carpenter, CoRNeli, Metilus Had been Giving Plantiff broken tablet's Not Giving Plantiff A tablet At All Pleyoe See letter to law library Supervisor C.f. leone About STAFF denying Him tablet And How He Has Civil Cases In Fact In 9:22-CV-0027 GTS-ATB the last two payes



16

Plantiff Put Wrong Case He Failed to State A
Claim. Because Defendant Carpenter And Corneli And
Mettius gave Him Broken law libarary tablets And
denyed Him A tablet in Total And defendant
Reardon, Deputy of Program, Deputy of Security
Snyder failed to Remedy the Wrong Thammy
~~~~~~~~~~~ Suborente (5) Failed to act on Information
indicating that unconstitutional acts were occuring If you
look on C.f. Leone letter to plantiff Nov8 June 30, 2022
Defendant Westly Continues to deny Plantiff's law
library tablet After they Interfered with His legal Resouren
to Amend Complaint. Failing To allow legal Assitance
In a form to Attack. to Attack to challenge His
Confinement from 8-3-22 to 10-3-22 Even Now Defendant
Keirpeck Is denying his law libary tablet Plantiff
Cant Properly Work on Court of Claim No. 138090
OR Civil Case 9:22-CV-00723-BKs They Defendant
Keirpeck Keep Renewing A Illigal deprivation And
Please See letter to Honorable Bhenda K. Sannes 70220410
0001 95589. These Acts Started May And Have lead All
the way up in to October. Mail Tampering Under
Davis, 320 F.3d at 351 From 9-8-22 to 9-30-22
SRGNT Keeney, SRGNT ~~~~~~~ Ritchie Have Been Censoring
Plantiff's legal Mail Spliting the Side open and Glueing
It back Even to this court Please check envelope Sides
To 70220400009515589 to Honorable Bhenda K. Sannes
And Please check letter to Court Clerk from 9-30-22

to

On 10-11-22 From 9-8-22

Defendant SRGNT Keeney, C.O. WATERS, And Giordni And SRGNT Richie Have been Illigally Splitting Plaintiff legal mail to Lucy Lany Inspecter General 7022 0410 0000 9515 6081, United States Commissioner on Civil Rights 7022 0410 0001 9515 6234, law Human Health Service Department (This legal Repentation was A Complaint about Staff Ripping of A Motion to District Judge John G. Koeltl They Ripped the Article Number of 7021 1970 0000 8726 8569) 7022 0410 0001 9515 6623, Pro-Se office Court Clerk 7021 1970 0000 8726 8578, And Again to John G. Koeltl 7021 1970 0000 8726 8651, And 7021 1970 0000 8726 8644. C.O. Waters And Giordni Have been With Holding Plaintiff law library Photo Copies Plaintiff Cant timley file Discovery for Court of Claims No. 138090 SRGNT Ziar Conforcates Plaintiffs letter to Queens Court Foil unit at the time Plaintiff didn't Have 7 years in Doccs Custody to Foil Documents by dueing this He Caused Plaintiff injury Incoming legal Mail 7-22-22 Plaintiff Recived A letter from the Southern district Court Clerk Pertaining to 22-cv-1122 When was about SRGNT Carpenter Plantiff being Put on 9 deprievation On June 28, 2022 That law library Notary C.O. Amandy Joe Mayne Reys And Conspired to Mail theft by Commiting thrason by Nutify legal Action Plantiff was Persueing 7-22-22 C.O. Mayne Comes to Plantiff Cell Says He Is on Cell Sheild walks off And Never Comes back Plantiff deadline



12

Was August 12, 2022 Defendants didnt give
Plantiff His mail in till August 16, 2022. Missing Deadlines Around
September 5, 2022 Plantiff Recives Another letter from
Southern District About A Default Judgement that
the law library officer didnt Give Plantiff As of today
Plantiff Has Submitted FOIA/PA Justice Management Division
MRU-FOIA-71-038 on 8-14-22 7021 1470 0000 8726 8859
He Never Recives any Response on ~~XXXXXX~~.
7-29-22 the Court Clerk Mailed Plantiff A civil
Docket And A IFP and Authorization Defendant
C.O. Mayne Gave Plantiff legal Mail that was
open outside His Phessence with No Authorization
form Because Plantiff Sent The I.F.P APPlication
the Defendant Andher FalsFyed to Stop Plantiff
from Filing 9:22-cv-00723-BKS The Court Clerk
Is in Position Of the letter and Exhibits Submittes
by Plantiff C.O. Mayne Also on 9-16-22
First Came to Plantiff Cell Plantiff Has multiple Grievance
on C.O. Mayne and Maray law library this day He
asks C.O. Mayne does He Have legal Mail She
Says Noo Then comes Back Say she Just
Realizes He does and Gives Plantiff A large
Mnilla Envelope from U.S. Court of APPeals
About 22-1868 USCA on 9-30-22 when Plantiff
Realizes that The Defendant Have been Opening
His Certified legal Mail Glueing It back He
Seen Glue Residient on Envelope A' ongoing washington n



13

James, 782 F.2d 1134, 1139 (2d Cir 1986)
INterference with Religious Meals Plantiff Is a
active Rastafarian under the STAR OF David whom
Emperor Salaoie was Belived to Be A Bloodline
to Solomon David's Father in law King of the Hebrews
anything ~~un-neutral~~ un-neutral I8 ForBeddin in his
faith 7-18-22 C.o. James chaplain Gave Plantiff
His breakfeast bay Per D.o.C.C.s Policy each Meal
should consist of No less the 1000 % Calories
A day Plantiff Had 1 cereal He stop SRGNT
Carpenter And complains of STAFF Food tampering
At lunch Now James Chaplain Gives plantiff
A shrebiled Burnt tray as He thys and shows
the Camrey And SRGNT Carpenter Again whom
deny Him a Full Meal SRGNT Carpenter tells Him at
leyot it dosnt Have ~~~~ Holes again Everyday
Plantiff Bhead Is wett Plantiff Came to Mercy
C.f. 238 Pound He Is Now 190 195 in 5
munth last time He took His weight RN DaRReco
tymperes with Scale 8-3-22 Plantiff was Giving Donnus
with Spit like wettness, Just like Every day from 5-17-22
to Now, Plantiff eat donut And Had freezing Feeling in
Stomach Plerse See Medical Records ~~~~ 8-4-22
C.o. Chaplain Again Give Plantiff A Burnt Kosher
tray this time He show Nurse And Complains
See Medical Records 8-4-22 After 6-3-22
Plantiff was Given A Kosher tray with broke Matt2y

  

CRacker By Defendant BiziKA who Has a white Sarpremacy Nytzi tatto on his Right forarm In world war 2 Hitler chased Emperor salasi out of ethiopia There Has been Multiple days the Defendant tamper with Plantiff Religear Meal 9-27-22 Defendant Gave Plantiff again a open Jewish thay with Anti FReeze OR Peper SPRay this was Continued 9-27-22, 9-29-22, and 9-30-22 James chaplain Is now opening By Pokeing Holes And burning the Plaster soo It melts Sealed up in till Yesterday Plantiff Bhead was wet or defendant Spit on it Please See Medical Records 2 10-3-22 causing plantiff Multiple weight lost, Stomach Pain, throat itching and Violating his Rastafarian Faith And as of today 10-4-22 Plantiff outer Seal was Melted like Glued To Plastic thay But The inner seel Is open Plantiff His burning feeling in Chest because Defendant ate Injecting porion In His Relegiour Food Continuely EXCessive force, Failure to intervene, whitley V. Albers Supreme Court united States March 4, 1986  05/05/2022 Plantiff came out RMHU PRogram CRoss Gate Defendant R. Giordani Told Plantiff to Get on the wall Plantiff was Hand Cuffed ftom behind in M.B.R SRGNT Bennett states Plantiff Attempted To "Pull away" In whitley v. Albers Congress looks at the Force used was It Justifyable The threat that the Person Poses to law enforcement when forces was used Please lioten to Flash DRive In M.B.R Defendant's say




Plantiff Became aggitated (Mentaly I'll I/t Is in
Chioss why did He Place Plantiff on the wall when
Plantiff was in movmunt to His Cell RMHU Policy If you
want O.M.H. You Have to Go back to your Cen Plantiff
was Already Going back too His Cell) Plantiff Is Hand
Cuffed fhom behind on A wall The Defendant didnt say Plantiff
lunged back at Him He said "Pull Away" When slammed
on Floor Defendant began Punching Plantiff, Poking in Eye,
Plantiff Has Noo Hands he is scheaming I am Not Risiting
AH AH AH ! Please listen to Flash drive 5 Corrbection
Offreers C.io, Roberts Is 300 Plas Pound, C.io. WATERS,
Is about 200 pound, C.io. Giordani 150 Pound, James Chaplain
Forcefully leg shackle Plantiff C.U. A. Browinski Sprays Plantiff
Schexming "Motherfucker"! Hear tape C.io. Lomoriza Poked
Plantiff in Eye In M.B.R And U.I. Defendant Bennett.
Never stated were He was Thaining subordinate 3, 4, 5, 6
He Was Not there to supervire the early Go back He
was sypore to be there once C.io.s Roberts, Giordani, waters dragged
Plantiff with one shoe Punching Him Pulling His Hair out Making
Racial slurs to be decontamminated He was bhought to First Floor
Tiolet with one shoe Defendant Robert Hooster began to
Punch Plantiffs In his Right Eye With defenant A. Bizika
WATerrs, Roberts, Giordani  when bhought to
Medical    Plantiff Continued to schxam Mere
Defendant Shyron Dabboccio told Plantiff to
Shut up And since He wont shut os Stop
Schxaming Take Him back to his Cell Mere Defenant Hooster



Told Pluntiff Gibson How does it feel intimidating Him C.O. Bizilly Standing to His Right Kessler, And Roberts, behind Him Defendunt Shyron DaRRocco STATED in 05/05/2022 Medicyl Records Yelling (Point out Pluntiff scReyming in shock and aggony) sPayying Pluntiff was peper sPRyyed (If Pluntiff sPit at Staff He would Be forced to were a sPit mask As Alleged Defendunt leg shuckles Pluntiff) Considered a Refusyl Not Pluntiff Refuses oR did He get the opertunity to Refure The Defendunt Refused Me In U.I Report TAPe 22-1153 witch As of Now the Defendunt wont PRocess The U.I. Report Syys Seen Cell Side No Injuvy noticee But did Not Syy this in Medicyl Records with S. DaRRocco History Of lawsuits, GRievance, Complynts off When Muray RMHU Assylt A Inmate Defendunt DaRRocco Is glmost glwyys there to Deny Medizyl Attention 05/06/2022 Pluntiff was seen By Another Nuro Who Documentes Black eye, bRuises Since Pluntiff Has Constant Heys ache And Eye is dumyges When staiting At light to long. ~~scribble~~ When Pluntiff was bRought to his Cell C.o. Hesti Was squeezing Pluntiff Hyndy when The Defendunts were forcefully un-shuckeling Him. 06/07/2022 Pluntiff Calls OMH Chior C.o. M. Vitale Corner with OMH Pluntiff Is scRyming to Another Inmate And who Is own The Phone With his gRundmother Complying gbout STAFF tampering with



17

his Legal Mail C.o. M.Vitale Alleges Said Plantiff
Said He would Put Shit in A bottle And throw
N.Y.S.D.o.c.c.s Policy If Plantiff states this and
C.o. M.Vitale Felt oR seen A throw bottle the
PRoper procedure Is to Alert A SRGNT. SRGNT Miller
And to Get the "Bus stop" "Move buck Not Foward
Plantiff didnt Have A bottle C.o. M.Vitale waited
In till Plantiff was Talking And Forefully Slammed
window on Plantiffs finger Removing Half 1½ layer skin
long and wide Given Plantiff Nerve damage forever
Then Defendant C.o. M.Vitule A Hour later bring
Plantiff to medical with SRGNT Miller due to Plantiff
being scared And stuff Assaulting Him AlReady and
C.o. M.vitule Giving Him threatng looks Medical
First asked what Happen Plantiff said He dont
know Plantiff Is in shock He then Notifys His
family who slammed His finger Whom call oot
Plantiff Couldnt write, work out oR Eat PRoperly
Plantiff MIDDLe finger Nerve Is still damage
due to RN Sharon DoBRocco deny Plantiff Medical
Again His Finger didnt PRoperly Heal. Foil PRocedure
under New York State law Commo.v.sonss But For
Discrimmatory denials of Rights to Access 15.8 Due PRocess
under Public Information And 1st Amendment Is Federal
552. Public Information, agency Rules, opions, oRders, Records
and PRoceedings 5 U.S.C.A B 55 Title 5 Government
ORganization and Employees. The ORginazation And

18

Employee Can Not with Hold Public Information for
A Goverment intreast Plantiff submits Time, Place, location
(3) (A) Foil officer Bell uses tastics that violate Plantiff's
Due Phocess Please See Foil Request V-Mcy-0018-22 Exhibit 45
~~XXXX~~ Please Both Request for Foil log No. V-Mcy-0018-
22 Exhibit 45, 46 was The Defendant Response (3) (A)
Says Time, location, Place. Now Please see Exhibit 47, 48
Plantiff First Filed His Request 7-28-22 didn't Get Phocessed in
8-16-22 Plantiff ~~X~~ Used Certifies mail Return Reciept Inside
His facility 7021 0350 0000 5815 8160 Return Reciept
9590 9402 7498 2098 4784 93, Then when He Felt He was
Not Getting A Phoper Phocess He Payed 7.82 again 7021
1970 0000 8726 9627 9590 9402 7204 1284 3975 59
First Foil Request was 7-22-22 when Defendant Refused
Plantiff legal Mail's 7-23-22, 7-24-22, 7-25-22 was
to Phrove He Never Recived It this was the Letter
from the Southern District the the Defendant's
with Held In till He Missed The deadline to File A
Counter Motion for 22-CV-1122 JGK The Exhibit
48 was Another Peice of Evidence Plantiff wanted
to Phresent At thial 9:22-CV-00723-BKS (1) Hearing
tape 22-1153 (The Defendant's still Have Not Released)
(2) Mail theft (3) C.O. A. Bezika Telling Plantiff
He Has Go to the Back of His Cell Sit on His floor
like A Good boy to Eat (4) Plantiff Kosher food
Again was Violated Spit In His Donuts Defendant Used
threats of force Instead De-escuryatin And then

Denied His Food Again Saying He Has to go to the Back Of His Cell Useing De-grading Slurs like Boy to eat. Under 1st Amendment, And 14th Plantiff Has a Right to Contact the Media like News Station, Reporters If Plantiff wanted to Foil A Video And STAFF was on Camera Beating Plantiff, Playing with His Religous Food, STEALing His PROperty (PRATT V. TAYlor JR. 1986) Supreme Court U.S.A If Plantiff Pays 7.82¢ It Is Noo longer Regular Correspondent (First-Class Mail Postage & Fees Paid USPS Permit No. G-10) Now (3) (A) "Time, Place, location" And the Defendant violates 552. Public Information, agency, Rules, opinions, Orders, Records and PROCEEDINGS 5 USA § 55 Title 5 Goverment ORginzation and Employee (3)(A) By Making His own Rule See 45, 46 " You Have Not Identified a specific incident" I dont Have Too He violated my due PHocess clause. 05/05/2022 Foil log No. 0116-22 On 05/06/2022 Plantiff Had His Family Call the News Station And He spoke to Some one Name Tom, Tom Told Plantiff If He Could Get the Video of the Assault He would Get to the Right Places Soo Plantiff Could Press Charges Please See Exhibit 8 Every time STAFF violates Plantiffs Rights Excessive force 05/05/2022 and 06/07/2022 Defendant Bell Discriminates Against Plantiff Soo He Cant Reteyes to the Media Denials of Right to Access 15.8 Due PHocess under Public Information You See it with Exhibit 8 Please See Exhibit 37 6-17-22 Foil log No. CO-22-177 And Foil log No. CO-22-196 Defendant Sandra Cutcilfamo Send Foil officer Bell a E-mail This is for 05/05/2022, 06/03/2022, and 06/07/2022 Now 6-28-22 Plantiff

20

Right Foil officer Bell 07/19/2022 MLy-0162-22
Exhibit 49, And Exhibit 50 C'POOR V. City of New York (2013)
Foil Related Claim Due Process claim In Addition, assuming arguendo
Matthews V. Eldridge 424 U.S. 319, 332, 96 S.Ct 893, 47
L.Ed.2d 18 1976 "The Policy" Even in New York State law
(552. Public INFORMATION, AGENCY, Rules, opinions, orders,
Records, and Proceedings 5 U.S.C.A ß 55 Title 5 Goverment
Organization and Employees (3)(A))'("Time Place Location")
Not Narrow, VAGue, Etc. "1 FLAG, 1 NATION, 1 Constitution
Under God" The 14th Amendment Protects equal Protection
Even Thoe Plantiff is A Inmate Foil is Foil, Foil OR FOIA
Time, location, and Place by Foil officer Bell Violating 552
Public Information Etc. (3)(A) by Placing His own "Need to
Know The Incident Stipulation" OR As He said In Exhibit 45, 46
"Your Request is VAGue and broad You Have Not Identified a
Specific incident" That is Not F.O.I.L Policy OR FoiA Policy He
Is Discriminating on Plantiff Violating His 14th Amendment.
Failure to Maintan a Safe Enviorment 05/05/2022 The Camheas Wer
Not Working Under (Gaston V. Coughlin USCA 2nd cir May 7, 2001)
by 06/07/2022 Plant Superintendent wiggins, PATRick Reardon
Still Is And did Allow the RMHU To Run With out Setting
A Alternative Such As body CAMReas ON 05/05/2022 the
Defendant didn't Know WATERS, Chaplain, Giordani, A.Browinski, Roberts,
And lamonica were Going to Attack Plantiff But for 30 days
later they were Fully Aware The Camheas were Not working And
on 06/07/2022 Again Plantiff Was Assulted And the video Was
bRoken And they Allowed The RMHU To Continue to Run.


20

On 10-8-22 C.O. Frank Gave Me A Kosher Grape Juice
With A Hole Small on the Bottom Plantiff then Went to
Place Grape Juice in Another Container At this time Plantiff took
A Sip From Open Juice And Poured the Rest in another Container
About 1 Hour into After Plantiff drank A Sip His Stomach Started burning
throat started burning His Heart Started Hurting Plantiff then Poured
Juice in another Clear Container Put it under the light then Realized
It was Red All in Juice like Peper Spray Plantiff Called Medical
who Came And Plantiff Said He was Poisoned He then Informed
Nurse catozeing #412 His Heart was Hurting And Could you Please
take his vitals She told Plantiff to wait She's Come back in 30
minutes Plantiff Heart was Hurting 30 mins latter Nurse Catelateng
came back And told Plantiff She would Not take his vitals The
Marcy RMHU Daffendant Have been Using A Syringe to InJect
Spit Peper Spray, And unknown Substances Since 6-3-22 Plantiff Is
In Phiscal Pain Stomach, throat burning And The Mentol and
emotional distress of thinking He Contacted HIV OR Aids
10-8-22 Medical Records shows He was before got A HIV/Aids Lest
10-4-22 Plantiff stop Nurse Greg Wallber 426 Plantiff Showed
Poisoned Grape Juice Whom again Refuses to test or take
10-10-22 Whom Not A defendant Plantiff WAS TRYing
to And Still Is Show Staff That the defendants Poisone
Him Please See Medical Records Exhibit 2,3,4 From 10-8-22
to Present Plantiff His feeling off Burning Stomach, Throat, Headache
And Pain In abdomen From Poisoned Grape Juice STAFF has
been using A Syringe from 6-3-22 to Poke Holes in Plantiff
Kosher Food Plantiff His Currently Gone on Hunger Strike 10-17-22

21

Plantiff will be on 18 meals 10-12-22 Plantiff
Again Had law library Now C.O. M. June Comer
With the legal Mail Book He seen Plantiff's Name When
Again Plantiff Asked C.O. M. June did He Have Plantiff's
legal Mail He stated Noo threw Contacting PRo-se office
Plantiff ORder From docket 22-cv-1122 JGK Was Default
On 9-25-22 Plantiff Asked C.O. Rugari does He Have legal
Mail A Affirmation from the A.G. office New York City
He Never Got After Plantiff Filed Default Judgement
Motion Plantiff Had to Move of Per Speculation And write
Motions What Normally Happens when Plantiff files default
like PRoper service, Defendant's saying lack Jerisdiction Ate
before Again Captain Herrrpecht took legal tablet in PRoper
Service Plantiff Missed A case He was siting. C.O. Rugari
told Plantiff He was A Faggot And He wasn't Getting shit
Plantiff Identifys Himself Bi-sexual Plantiff Has been
Calling PRea Hotline since 10-1-22 C.O. Rugari when off
Gallery twards Front tells other staff Per Suptendent
Reardon that Faggot Isnt to get shit again on
Video Plantiff Calls PRea Who takes his complaint
Plantiff was denied PRea Call, Video of PRoof by
Defendant Deputy of PRea And Mary ADministration
Plantiff Has 6 Grievance on Mail tampering See Declaration
6 on Mail tampering 7 one Pending 2 on Food tampering
1 unfair treatment Deputy Commissioners ADministration,
Deputy Commissioner PRograms, Deputy Commissioner Connol
Deputy Commissioner for Correctional Service, Deputy Commissioner Medical

22

Throw Grievance Appeal and Report But For Her
Not Done Anything to Remedy All Plantiff Constitutiony
Violationo Mail tampering ongoing Practice, food violation
Forces Plantiff Goo on Hunger Strike throw up, Take
Hiv test, Hepatius test Fear He Contactes A Dircar
discorage from Practicing, Preserve All Religeus eventr,
CARNReso Not Working Still Hasnt implementes a
Alternative And Plantiff living in Fear, Dentes Medical
Plantiff Grieves Delibrate Indiffrenc See Medical
2,3,4 Plantiff Complaing of Poison And Chest Pain
but wass denies vitals Plantiff Is still Phisically
Emotionully distressed INHumane, Degrading treatment,
Defendant Marcy RMHU Program Abeses and violates Plantiff
Civil Right Everyday Has caused Plantiff Psycologicul Torture Abesive
Behavior by staff Is a Continuing behavior Everyday
Elligal Deprivation Marcy RMHU Places Feed up Box on Plantiff
Cell And leaves It all day And bangs on it all day
Everytime Plantiff Is to Receive Foos then Plantiff Blews it wet
Has Whotes in Religeor thay And FRont this Is a continue
Act STAFF Continue tell Plantiff He cant Sign for His legal
mail Cro.s Mwyne, Aguri, and June violating N.Y.S.Directives
DeRective 4421 and 4422 Plantiff wss left in A cell for
9 day with a bRoken Tiolet And Had to Reteine Bowels
on Fleer on PaPer And throw it outside In Her Reeper
Noo STAFF in Marcy RMHU would Assist Plantiff for 9
days Degrading, INHumane Treatment, Hostile living Enviroment
Creates Plantiff Pscyological texture Paineid, Depressed feeling Headakes

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

Due Process Foil, Mail Tempering, Deny Access to Courts, Deny Medical Deliberate Indifference Religeus Meal violation Emotionyl distress Fear Catching HIV OR Aids 8th Amendmen

### SECOND CLAIM

8th Amendment Excessive Force, Failure to Intervene, Unsafe living Conditions 8th Amendment, TRaining Subordinates

### THIRD CLAIM

InHumane Degrading treatment Psycological torture Hostile living Enviorment Phca violation

## VI.    RELIEF REQUESTED

State briefly what relief you are seeking in this case.

60 Million Compensation and Puntentive damages, TRO Insenction Relieff Pliminury Hearing Request For Body Camera Alternative

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10-13-14

_____
Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)